937 A.2d 384

**Fred WARD, Petitioner,**

v.

**BOARD OF PROBATION AND PAROLE, Raymond J. Sobina, Shelley Thompson, Respondents.**

**No. 68 EM 2007.**

Supreme Court of Pennsylvania.

Nov. 14, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of November, 2007, the Application for Leave to File Original Process is granted. The

Petition for Writ of Habeas Corpus and/or Writ of Prohibition and Application for Immediate Hearing are denied. The judge's name is to be stricken from the caption.